**Douglas R. Hart, SBN 115673**
dhart@sidley.com
**Jennifer B. Zargarof, SBN 204382**
jzargarof@sidley.com
**Marisa L. Dye, SBN 262336 (Admission to E.D.C.A. Pending)**
marisa.dye@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California 90013**
**Telephone: (213) 896-6000**
**Facsimile: (213) 896-6600**

**Attorneys for Defendant CVS Health Corporation**
**(F/K/A CVS Caremark Corporation)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARK A. SLAY, individually and on behalf of other current and former employees,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CVS CAREMARK CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01416-GSA<br><br>**JOINT STIPULATION TO CONTINUE THE STATUS CONFERENCE RE CONSENT AND ORDER**<br><br>Date:　September 29, 2014<br>Time:　09:30 A.M.<br>Place:　Courtroom 10 |

Plaintiff Mark Slay ("Plaintiff") and Defendant CVS Health Corporation (formerly known as CVS Caremark Corporation) ("CVS") hereby enter into this Joint Stipulation:

1. WHEREAS, on or about September 18, 2014, the Court issued a minute order advancing the Status Conference re Consent scheduled for November 20, 2014 to September 29, 2014 at 9:30 a.m. via telephonic appearance before Magistrate Judge Gary S. Austin of the United States District Court for the Eastern District of California in Fresno, California.

2. WHEREAS, counsel for CVS is unavailable on September 29, 2014 to appear for the Status Conference re Consent at 9:30 a.m.

3. WHEREAS, on or about September 22, 2014, counsel for CVS contacted the clerk for Judge Austin to inquire about changing the date for the Status Conference re Consent and was advised that Judge Austin is available for a continued conference on September 30, 2014 between 9:30 a.m. and 11:00 a.m.

4. WHEREAS, the parties have met and conferred, and agreed to continue the Status Conference re Consent from September 29, 2014 at 9:30 a.m. to September 30, 2014 at 9:30 a.m. or the next date available for the Court.  The parties agree that this continuance will not delay the status of the case and no party will be prejudiced by a continuance.

/ / /

/ / /

/ / /

5.     IT IS THEREFORE STIPULATED THAT the Status Conference re Consent currently scheduled for September 29, 2014 at 9:30 a.m. shall be continued to September 30, 2014 at 9:30 a.m. or the next date available for the Court.

Dated:  September 23, 2014            SIDLEY AUSTIN LLP


                                       By:   */s/ Jennifer B. Zargarof*
                                             Douglas R. Hart
                                             Jennifer B. Zargarof
                                             Marisa L. Dye
                                             Attorneys for Defendant

Dated:  September 23, 2014            NEUMILLER & BEARDSLEE


                                       By:   */s/ Lisa Blanco Jimenez*
                                             Lisa Blanco Jimenez
                                             Michael R. Tener
                                             Attorneys for Plaintiff Mark Slay

## **ORDER**

The Court, having reviewed the parties Stipulation to Continue the Status Conference re Consent and good cause appearing, orders as follows:

1.     The Parties' stipulation is approved.

2.     The Status Conference re Consent for Case Number 1:14-cv-01416-GSA, currently scheduled for September 29, 2014 at 9:30 a.m., shall be continued to September 30, 2014, at 9:30 a.m..


IT IS SO ORDERED.

   Dated:  **September 24, 2014**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE