LISA BLANCO JIMENEZ (SBN: 234671)
RICARDO Z. ARANDA (SBN: 260438)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
Post Office Box 20
Stockton, CA  95201-3020
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910

Attorneys for Plaintiff MARK A. SLAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. SLAY, an individual,<br><br>Plaintiff;<br><br>vs.<br><br>CVS CAREMARK CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 1:14−CV−01416−TLN−GSA<br><br>(Removed from Stanislaus County Superior Court, Case No. 2008648)<br><br>**STIPULATION AND ORDER FOR FILING OF SECOND AMENDED COMPLAINT** |

Plaintiff MARK A. SLAY ("Plaintiff") and Defendant CVS CAREMARK CORPORATION ("Defendant") hereby stipulate and agree, through their attorneys of record, as follows:

That Plaintiff shall file a Second Amended Complaint, in the form already stipulated and agreed to by the parties, for the purposes of conforming the operative pleading to the Court's Order Granting in Part and Denying in Part Defendant's Motion To Dismiss and/or Strike First Amended Complaint filed on May 4, 2015 and avoiding the filing by Defendant of a further motion to dismiss. The Second Amended Complaint shall be filed within seven (7) days of the filing by the Court of the order on this stipulation and Defendant shall answer within twenty-one (21) days of the filing of the Second Amended Complaint.

///

///

1  IT IS SO STIPULATED.

2  Dated: July 27, 2015                            NEUMILLER & BEARDSLEE
                                                  A PROFESSIONAL CORPORATION
3

4
                                                  By:   /s/ Lisa Blanco Jimenez
5                                                       LISA BLANCO JIMENEZ

6                                                 Attorneys for Plaintiff MARK A. SLAY

7

8  Dated: July 27, 2015                            SIDLEY AUSTIN LLP

9

10                                                By:   /s/ Jennifer B. Zargarof
                                                        JENNIFER B. ZARGAROF
11
                                                  Attorneys for Defendant CVS CAREMARK
12                                                CORPORATION

13

14  IT IS SO ORDERED.

15  Dated: July 28, 2015

16

17

18                                                _____
                                                  Troy L. Nunley
19                                                United States District Judge

20

21

22

23

24

25

26

27

28

2

Stipulation and Order for Filing of Second Amended Complaint