UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. SLAY,<br><br>       Plaintiff,<br><br>   v.<br><br>CVS CAREMARK CORPORATION, et al.,<br><br>       Defendants. | No. 1:14-cv-01416 TLN EPG<br><br>**NOTICE OF RELATED CASE ORDER** |
| MARK A. SLAY,<br><br>       Plaintiff,<br><br>   v.<br><br>CVS CAREMARK CORPORATION, et al.,<br><br>       Defendants. | No. 1:15-cv-01315 GEB-SAB |

   Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same parties, are based on the same claims, the same event, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the

1

assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that the action denominated 1:15-cv-01315 GEB-SAB is hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Erica P. Grosjean for all further proceedings. Any dates currently set in the reassigned case are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 1:15-cv-01315 TLN-EPG.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

Dated:  October 20, 2015

Troy L. Nunley
United States District Judge

2